```
JOHN WALSHE MURRAY (074823)
ROBERT A. FRANKLIN (091653)
DORIS A. KAELIN (162069)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: jwmurray@murraylaw.com
Email: rfranklin@murraylaw.com
Email: dkaelin@murraylaw.com
```

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

In re:

**AVIZA, INC.**,
A Delaware corporation

    Debtor.

440 Kings Village Road
Scotts Valley, CA 95066

Employer's Tax ID No.: 20-0249205

Case No. 09-_____-___-11

Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Aviza, Inc., a Delaware corporation, the debtor and debtor in possession herein (the "Debtor"), hereby submits its List of Equity Security Holders attached hereto as **Exhibit "A"** and by this reference incorporated herein.

I, Patrick C. O'Connor, Chief Financial Officer of the Debtor, do hereby declare under penalty of perjury that to the best of my knowledge, information and belief, the attached List of Equity Security Holders is a complete list of all of the Debtor's equity security holders as of the date

///

///

JLF:sb
Aviza\1st\Commerce\Aviza Equity Sec Holders v2.doc

1

LIST OF EQUITY SECURITY HOLDERS

Case: 09-54514  Doc# 1-11  Filed: 06/09/09  Entered: 06/09/09 19:54:02  Page 1 of 3

of the commencement of the within Chapter 11 case.

Dated: June 9, 2009

AVIZA, INC.,
A DELAWARE CORPORATION

By: /s/ Patrick C. O'Connor
    Patrick C. O'Connor
    Chief Financial Officer

In re  Aviza, Inc.                    Case No. _____
        Debtor                                    (If known)

## LIST OF EQUITY SECURITY HOLDERS

## COMMON STOCK

| REGISTERED NAME OF HOLDER OF SECURITY<br>LAST KNOWN ADDRESS OR PLACE OF BUSINESS | NUMBER OF SHARES |
|---|---|
| Aziva Technology, Inc.<br>440 Kings Village Road<br>Scotts Valley, CA 95066 | 100% |
| TOTAL SHARES | 100% |

**EXHIBIT A**